Opinion issued March 31, 2011

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-01064-CV

———————————

DONALD
LEACH, Appellant

V.

SHARI HARRIS, Appellee



 



 

On Appeal from the 23rd District Court 

Brazoria County, Texas



Trial Court Cause No. 47410

 



MEMORANDUM OPINION

Appellant has filed a motion to dismiss the appeal,
stating the motion for new trial was granted and the appeal is moot.  No opinion has issued.  Accordingly, we grant the motion and dismiss
the appeal.  See Tex. R. App. P. 42.1(a)(1).

We dismiss all other pending motions as moot.  We direct the Clerk to issue the mandate
within 10 days of the date of this opinion. 
See Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Chief
Justice Radack and Justices Bland and Brown.